**Dismissed and Memorandum Opinion filed February 12, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00882-CV

### MARK BOLLMANN AND LORI WHARTON, Appellants

### V.

### MARCUS A. SMITH, Appellee

**On Appeal from County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1053623**

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed October 27, 2014. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellants did not make arrangements to pay for the record.

On December 30, 2014, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within

fifteen days, appellants paid or made arrangements to pay for the record and provided this court with proof of payment. See Tex. R. App. P. 37.3(b).

Appellants have not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, Busby and Brown.